UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

VINEET MANN,

Petitioner,

v.

JEREMY CASEY, *et al.*,

Respondents.

Case No.:  26-cv-292-JO-AHG

**ORDER GRANTING PETITION FOR HABEAS CORPUS [DKT. 1] AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT [DKT. 2]**

Petitioner Vineet Mann filed a petition for writ of habeas corpus [Dkt. 1] and motion for temporary restraining order [Dkt. 2].  The Court held oral argument on February 3, 2026.  The Court finds that it has jurisdiction to review Petitioner's constitutional challenges to his detention for the same reasons stated in its prior decision in *Pacheco v. LaRose*, No. 3:25-CV-2421-JO-AHG, 2026 WL 242300, *2–*3 (S.D. Cal. Jan. 29, 2026).  For additional reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the first claim for relief, brought under *Zadvydas* and the Fifth Amendment Due Process Clause.

(2) The Court DENIES as moot the motion for temporary restraining order [Dkt. 2].

(3) Respondents are ordered to release Petitioner by 5 p.m. on February 4, 2026 and

1

file a declaration confirming Petitioner's release by 5 p.m. on February 5, 2026.

**IT IS SO ORDERED.**

Date: February 3, 2026

_____

Honorable Jinsook Ohta
United States District Judge

26-cv-292-JO-AHG